ORDERED.

**Dated: August 25, 2020**

*/s/ Jerry A. Funk*
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
http://www.flmb.uscourts.gov

In re:

| | | |
|---|---|---|
| OMG MH Holdings, LLC, | ) | Case No.: 3:20-bk-00478-JAF |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE TO CHAPTER 7 <u>(ORDER DISMISSING CASE)</u>

THIS CASE came before the Court for hearing on August 20, 2020 upon the United States Trustee's Motion to Dismiss or Convert Case to Chapter 7 ("Motion"; Dkt. No. 39).

For the reasons stated in Open Court, it is

**ORDERED:**

1. The Motion is GRANTED.

2. This case is dismissed.

\#       \#       \#

Copies to (Service by BNC): all creditors and parties in interest.

1